# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | |
|---|---|
| TROYDREIKUS LEWIS, ADC #154242 | PLAINTIFF |
| v.     1:14CV00074-JTK | |
| R. RAMSEY., et al. | DEFENDANTS |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED. The relief sought is denied.

IT IS SO ADJUDGED this 21st day of April, 2015.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE